UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BOIES SCHILLER FLEXNER, LLP,

       Plaintiff,

 -against-          1:17-CV-1082 (LEK/CFH)

TUTOR PERINI CORPORATION,

       Defendant.

### ORDER

On September 27, 2017, defendant Tutor Perini removed the state court action captioned Boies Schiller Flexner, LLP v. Tutor Perini Corp., Index No. 5882-17, from the Supreme Court of the State of New York, Albany County to this Court. Dkt. No. 1 ("Notice of Removal"). Defendant now moves to remand the case to state court pursuant to 28 U.S.C. § 1447(c). Dkt. No. 5 ("Remand Motion"). Because this Court lacks subject matter jurisdiction over this action, id. ¶ 4, the Remand Motion is **GRANTED**, and this case is **REMANDED** to Supreme Court, Albany County.

  **IT IS SO ORDERED.**

DATED:  October 05, 2017
      Albany, New York

           *[signature]*
           Lawrence E. Kahn
           U.S. District Judge